```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

**UNITED STATES OF AMERICA,**       )
                                    )
            Plaintiff,               )
                                    )
        vs.                          )    No. 4:07CR61-DJS
                                    )
**ANGELA DAWN KONKOL,**              )
                                    )
            Defendant.               )

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #98] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant Konkol's motion to suppress evidence and statements [Doc. #74] is denied.

Dated this ___20th___ day of March, 2007.

                                    /s/ Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE